An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY LUTES,
Appellant,
vs.
PETER ELIADES, AN INDIVIDUAL;
TINA FUENTES, AN INDIVIDUAL;
OLYMPIC GARDEN, INC. D/B/A
OLYMPIC GARDEN,
Respondents.

No. 61363

**FILED**

APR 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Proper person appellant's unopposed motion to voluntarily dismiss this appeal is granted and this appeal is therefore dismissed. The parties are to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Joanna Kishner, District Judge
       Jeffrey Lutes
       Brown Brown & Premsrirut
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-11791